### 2641. WHIDDEN *v.* MERRY, executor.

RUSSELL, J. There are two grounds upon which this writ of error must be dismissed. There is no exception to a final judgment. *Lyndon* v. *Georgia Ry. Co.,* 129 *Ga.* 353 (58 S. E. 1047) ; and apparently, therefore, the writ is prematurely brought. *Ox Breeches Co.* v. *Bird,* 1 *Ga. App.* 40 (57 S. E. 901) ; *Duke* v. *Story,* 113 *Ga.* 112 (38 S. E. 337). So far as the record discloses, there has been no final judgment in this case.

*Writ of error dismissed.*

DECIDED JANUARY 24, 1911.

*Roscoe Luke,* for plaintiff in error.
*H. H. Merry, J. H. Merrill,* contra.